IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 13-16409 |
| Blair A. Young, | Judge Arthur I. Harris |
| Debtor(s). | Chapter 7 Case |

**TRUSTEE'S MOTION FOR ORDER DIRECTING DEBTOR(S)
TO TURN OVER PROPERTY OF THE ESTATE**

Lauren A. Helbling, Trustee herein, respectfully moves the Court for the entry of an Order directing the debtor(s) to turn over property of the estate and, in support of this motion, states as follows:

1. This case was commenced by the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code on September 11, 2013.

2. Post-petition, the debtor(s) was issued a refund from Century Federal Credit Union, by and through its counsel, in the amount of $259.36 in connection with the pre-petition garnishment of funds from debtor's wages within the preference period.

The above-referenced assets are property of the estate pursuant to the provisions of §541 of the Bankruptcy Code and subject to turn over pursuant to the provisions of §542 of the Bankruptcy Code.

WHERERFORE, your Trustee prays that this motion be granted and that the debtor(s) be directed to turn over to the Trustee the sum of $259.36 representing wages garnished pre-petition within thirty (30) days of execution of the Order granting this motion.

/s/Lauren A. Helbling (0038934)
Lauren A. Helbling Co. LPA
1370 Ontario St., #450
Cleveland, OH  44113
Tel 216/781-1164 Fax 216/575-1405
lauren@helblinglpa.com

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing Motion for Order Directing Debtor(s) to Turnover Property of the Estate was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Lauren A Helbling     lauren@helblinglpa.com
- United States Trustee     (Registered address)@usdoj.gov

And upon debtor at the address below via regular U.S. mail this 10th day of January, 2014.

/s/Lauren A. Helbling (0038934)

Blair A Young
3541 Cummings Rd.
Cleveland Hts., OH 44118